# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CALVIN WARREN, | Case No.: 2:08-cv-00376-RLH-LRL |
| Plaintiff, | **O R D E R** |
| vs. | |
| GEORGE BUSH, *et al.*, | |
| Defendants. | |

Before this Court is the Order and Recommendation (#2) of United States Magistrate Judge, entered by the Honorable Lawrence R. Leavitt regarding Plaintiff Calvin Warren's Complaint, filed March 24, 2008. No objection was filed to Magistrate Judge Leavitt's Order and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Order and Recommendation of Magistrate Leavitt should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Order and Recommendation (#2) is ACCEPTED and ADOPTED. Plaintiff's Complaint is dismissed.

Dated: August 18, 2008.

_____
Roger L. Hunt
Chief United States District Judge

AO 72
(Rev. 8/82)